UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DANTEL CAMPBELL, | No. 2:23-cv-0815 AC P |
| Plaintiff, | |
| v. | ORDER |
| A. BELL, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis application or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  Furthermore, while plaintiff has submitted a copy of his inmate trust account statement, the statement has not been certified.  ECF No. 2.  Plaintiff will be provided the opportunity either to submit the appropriate application and certified trust account statement in support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days of the service of this order, plaintiff shall file an application in

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

support of a request to proceed in forma pauperis on the form provided by the Clerk of Court or the required fees in the amount of $402.00.  If plaintiff chooses to file an application to proceed in forma pauperis, it must be accompanied by a certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the filing of this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

       2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 5, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE